**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
HARRIS R. BRIAN,

                        Petitioner,                          23 **CIVIL** 7252 (JHR)(VF)

      -against-                                  **JUDGMENT**

EDWARD BURNETT,

                        Respondent.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated December 1, 2025, the Court adopts the Report &

Recommendation in its entirety. Petition for a writ of habeas corpus is DENIED; accordingly, the

case is closed.

**Dated:** New York, New York
          December 2, 2025

                                 **TAMMI M. HELLWIG**

                                    **Clerk of Court**

           **BY:** _____
                                  **Deputy Clerk**